**Order entered January 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01330-CV

**JOHN C. GOLFIS, ET AL., Appellants**

**V.**

**EDWARD "LANNY" HOUILLION, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-13053**

## ORDER

In a letter dated December 16, 2013, the Court informed appellants that their notice of appeal was untimely. We further informed appellants that they could remedy the timeliness problem by filing, on or before December 27, 2013 a motion for an extension of time to file their notice of appeal. We cautioned appellants that failure to file an extension motion within the time requested may result in dismissal of the appeal without further notice. As of today's date, appellants have not filed a motion for an extension of time to file their notice of appeal. On January 6, 2014, though, appellants did file a motion for an extension of time to file their brief. Because a determination of the Court's jurisdiction remains pending, we **DENY** this motion as premature. On the Court's own motion, we extend the deadline for appellants to file a motion for an extension of time to file their notice of appeal to **January 17, 2014.** If appellants do not

file the requested extension motion by **January 17, 2014**, the appeal will be dismissed for want of jurisdiction.  If appellants file, on or before **January 17, 2014**, a motion for an extension of time to file a notice of appeal and the Court grants the motion, the Court will then set a deadline for appellant's brief.

/s/     ADA BROWN
          JUSTICE